UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-00300-JPH-TAB |
| | ) | |
| | ) | |
| DONTE YORK, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF NON-REDACTION OF TRANSCRIPT**

Comes now the United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Michelle P. Brady, Assistant United States Attorney, hereby notifies the Court that pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, it has reviewed the transcript of Sentencing hearing held on January 10, 2022 (Docket No. 49). The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:    *s/Michelle P. Brady*
Michelle P. Brady
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on February 28, 2023, a copy of the foregoing was filed electronically. Any parties appearing in this case may access this filing through the Court's system.

By:    *s/Michelle P. Brady*
       Michelle P. Brady
       Assistant United States Attorney
       United States Attorney's Office
       Southern District of Indiana
       10 W. Market St., Suite 2100
       Indianapolis, Indiana 46204
       (317) 226-6333
       (317) 226-6125 [Fax]
       Michelle.Brady@usdoj.gov